IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL ACTION

**JAMES CRAIG WALTER,**

      **Plaintiff,**

**vs.**                                           **CASE NO.:** _____

**JOERNS HEALTHCARE, LLC,**
**SOUND MEDICAL SUPPLIES, LLC,**
**AMAZON.COM, INC., and**
**AMAZON.COM SERVICES, LLC,**

      **Defendants.**

_____/

## COMPLAINT

Plaintiff, **JAMES CRAIG WALTER**, sues Defendants, **JOERNS HEALTHCARE, LLC, SOUND MEDICAL SUPPLIES, LLC, AMAZON.COM, INC., and AMAZON.COM SERVICES, LLC,** and alleges as follows:

## JURISDICTION AND VENUE

1.    This is an action for damages in excess of FIFTY THOUSAND AND ONE DOLLARS ($50,001.00), exclusive of costs, interest, and attorneys' fees. The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court. Accordingly, Plaintiff has entered $50,001.00 in the civil cover sheet for the "estimated amount of claim" as required in the civil cover sheet. The Florida Supreme Court has ordered that the estimated amount of claim be set forth in the civil cover sheet for data collection and clerical purposes only. The actual value of the Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2.    At all times material hereto, Plaintiff, **JAMES CRAIG WALTER**, was and is a resident of Sarasota County, Florida.

3.    At all times material hereto, Defendant, **JOERNS HEALTHCARE, LLC** is a Limited Liability Company licensed to do business in the state of Florida.

4.    At all times material hereto, Defendant, **SOUND MEDICAL SUPPLIES, LLC**, is a limited liability company who does business in the state of Florida.

5.    At all time material hereto, Defendant, **AMAZON.COM, INC.** was and is a Corporation engaged in the e-commerce business of inspecting, packaging, delivering, and/or distributing to persons in Florida consumer products, including, but not limited to Hoyer Classic Pool Lift – includes Free Sling! that injured the Plaintiff, **JAMES CRAIG WALTER.**

6.    At all times material hereto, Defendant, **AMAZON.COM SERVICES, LLC** (together with Defendant, **AMAZON.COM, INC.**, collectively referred to as "AMAZON"), is and was a limited liability company was engaged in the e-commerce business of inspecting, packaging, delivering, and/or distributing to persons in Florida consumer products, including, but not limited to Hoyer Classic Pool Lift – includes Free Sling! that injured the Plaintiff, **JAMES CRAIG WALTER.**

7.    Venue and jurisdiction are proper in Sarasota County, Florida.

**COUNT I:**
**NEGLIGENCE AGAINST DEFENDANT JOERNS HEALTHCARE, LLC**

8.    Plaintiff restates and re-alleges paragraphs 1 – 7 above as if fully stated herein, and further alleges:

9.    Defendant, **JOERNS HEALTHCARE, LLC**, was engaged in the business of designing, manufacturing, assembling, selling, and distributing pool lifts which Defendant, **JOERNS HEALTHCARE, LLC**, knew would be purchased and used by the general public.

10.     On or about December 12, 2022, Plaintiff, **JAMES CRAIG WALTER**, with the assistance of his wife, purchased the subject pool lift.

11.     Defendant, **JOERNS HEALTHCARE, LLC**, designed, manufactured, assembled, distributed and/or sold the subject pool lift in this action.

12.     Defendant, **JOERNS HEALTHCARE, LLC**, owed a duty to Plaintiff, **JAMES CRAIG WALTER,** to inspect, assemble and package the subject pool lift with the correct chains and/or hooks.

13.     Defendant, **JOERNS HEALTHCARE, LLC**, negligently inspected, assembled, packaged the incorrect chains and/or hooks with the pool lift.

14.     As a result, when Plaintiff was placed into the sling and hoisted towards the pool, the chains and/or hooks malfunctioned causing Plaintiff to fall sustaining significant personal injuries.

15.     As a direct and proximate result of the negligence of Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **JAMES CRAIG WALTER**, demands judgment against the Defendant, **JOERNS HEALTHCARE, LLC** for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, **if any**, to the extent allowed by law, and demands a trial by jury.

3

## COUNT II:
## NEGLIGENCE AGAINST DEFENDANT SOUND MEDICAL SUPPLIES, LLC

16. Plaintiff restates and re-alleges paragraphs 1 – 7 above as if fully stated herein, and further alleges:

17. Defendant, **SOUND MEDICAL SUPPLIES, LLC**, was engaged in the business of designing, manufacturing, assembling, selling, and distributing pool lifts which Defendant, **JOERNS HEALTHCARE, LLC**, knew would be purchased and used by the general public.

18. On or about December 12, 2022, Plaintiff, **JAMES CRAIG WALTER**, purchased the subject pool lift.

19. At all times material hereto, **SOUND MEDICAL SUPPLIES, LLC**, was engaged in the e-commerce business of marketing selling, re-selling, supplying, delivering, packaging and/or distributing pool lifts and accessories, including the subject pool lift. **SOUND MEDICAL SUPPLIES, LLC,** had been placing such products into the stream of commerce with full knowledge and intent that these products would be used by purchasers, consumers, and users without the opportunity for inspection or testing.

20. At all times material hereto, **SOUND MEDICAL SUPPLIES, LLC**, knew or should have known that if any part of the pool lifts were negligently assembled, inspected, packaged, delivered, and/or sold, it would create an unreasonable risk of harm to purchasers, consumers, and/or users, including the Plaintiff, **JAMES CRAIG WALTER**.

21. At all times material hereto, **SOUND MEDICAL SUPPLIES, LLC**, was under a duty to use reasonable care, and/or to exercise the highest degree of care in inspecting, assembling,

4

inspecting, advertising, selling, re-selling, supplying, delivering, packaging and/or distributing the subject pool lifts.

22.    Defendant **SOUND MEDICAL SUPPLIES, LLC,** breached its duties when the product was delivered with the incorrect chains and/or hooks.

23.    As a result, when Plaintiff was placed into the sling and hoisted towards the pool, the chains and/or hooks malfunctioned causing Plaintiff to fall sustaining significant personal injuries.

24.    As a direct and proximate result of the negligence of Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE,** the Plaintiff, **JAMES CRAIG WALTER,** demands judgment against the Defendant, **SOUND MEDICAL SUPPLIES, LLC** for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, **if any,** to the extent allowed by law, and demands a trial by jury.

**COUNT III:**
**NEGLIGENCE AGAINST DEFENDANT AMAZON.COM, INC.**

25.    Plaintiff restates and re-alleges paragraphs 1 – 7 above as if fully stated herein, and further alleges:

5

26.    Defendant, **AMAZON.COM, INC.**, was engaged in the business of marketing selling, re-selling, supplying, delivering, packaging and/or distributing pool lifts and accessories, including the subject pool lift that caused the Plaintiff's serious and permanent injuries.

27.    On or about December 12, 2022, Plaintiff, **JAMES CRAIG WALTER**, purchased the subject pool lift.

28.    At all times material hereto, **AMAZON.COM, INC.**, was engaged in the e-commerce business of marketing selling, re-selling, supplying, delivering, packaging and/or distributing pool lifts and accessories, including the subject pool lift. **AMAZON.COM, INC.**, had been placing such products into the stream of commerce with full knowledge and intent that these products would be used by purchasers, consumers, and users without the opportunity for inspection or testing.

29.    At all times material hereto, **AMAZON.COM, INC.**, knew or should have known that if any part of the pool lifts were negligently assembled, inspected, packaged, delivered, and/or sold, it would create an unreasonable risk of harm to purchasers, consumers, and/or users, including the Plaintiff, **JAMES CRAIG WALTER**.

30.    At all times material hereto, **AMAZON.COM, INC.**, was under a duty to use reasonable care, and/or to exercise the highest degree of care in inspecting, assembling, inspecting, advertising, selling, re-selling, supplying, delivering, packaging and/or distributing the subject pool lifts.

31.    Defendant **AMAZON.COM, INC.**, breached its duties when the product was delivered with the incorrect chains and/or hooks.

32.     As a result, when Plaintiff was placed into the sling and hoisted towards the pool, the chains and/or hooks malfunctioned causing Plaintiff to fall sustaining significant personal injuries.

33.     As a direct and proximate result of the negligence of Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **JAMES CRAIG WALTER**, demands judgment against the Defendant, **AMAZON.COM, INC.,** for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, **if any**, to the extent allowed by law, and demands a trial by jury.

## COUNT IV:
## NEGLIGENCE AGAINST DEFENDANT AMAZON.COM SERVICES, LLC

34.     Plaintiff restates and re-alleges paragraphs 1 – 7 above as if fully stated herein, and further alleges:

35.     Defendant, **AMAZON.COM SERVICES, LLC**, was engaged in the business of marketing selling, re-selling, supplying, delivering, packaging and/or distributing pool lifts and accessories, including the subject pool lift that caused the Plaintiff's serious and permanent injuries.

36.     On or about December 12, 2022, Plaintiff, **JAMES CRAIG WALTER**, purchased the subject pool lift.

7

37.    At all times material hereto, **AMAZON.COM SERVICES, LLC**, was engaged in the e-commerce business of marketing selling, re-selling, supplying, delivering, packaging and/or distributing pool lifts and accessories, including the subject pool lift.  **AMAZON.COM SERVICES, LLC,** had been placing such products into the stream of commerce with full knowledge and intent that these products would be used by purchasers, consumers, and users without the opportunity for inspection or testing.

38.    At all times material hereto, **AMAZON.COM SERVICES, LLC**, knew or should have known that if any part of the pool lifts were negligently assembled, inspected, packaged, delivered, and/or sold, it would create an unreasonable risk of harm to purchasers, consumers, and/or users, including the Plaintiff, **JAMES CRAIG WALTER**.

39.    At all times material hereto, **AMAZON.COM SERVICES, LLC**, was under a duty to use reasonable care, and/or to exercise the highest degree of care in inspecting, assembling, inspecting, advertising, selling, re-selling, supplying, delivering, packaging and/or distributing the subject pool lifts.

40.    Defendant **AMAZON.COM SERVICES, LLC**, breached its duties when the product was delivered with the incorrect chains and/or hooks.

41.    As a result, when Plaintiff was placed into the sling and hoisted towards the pool, the chains and/or hooks malfunctioned causing Plaintiff to fall sustaining significant personal injuries.

42.    As a direct and proximate result of the negligence of Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a

previously existing condition.  These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, **JAMES CRAIG WALTER**, demands judgment against the Defendant, **AMAZON.COM SERVICES, LLC** for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, **if any**, to the extent allowed by law, and demands a trial by jury.

DATED: August 5, 2024

**VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida  33919
Telephone:  (239) 334-3933
Facsimile:  (239) 334-7105
Primary Email: barbara@vilesandbeckman.com
Secondary Email: laci@vilesandbeckman.com
pleadings@vilesandbeckman.com

*/s/ Barbara Walsh*

_____

**Barbara Walsh**
**FBN: 1030901**